Núm. 7189.—CABALLERO, aplte. v. THE NATIONAL CITY BANK OF NEW YORK, apldo.—C. D. San Juan. ▮▮▮▮▮▮▮▮ Marzo 31, 1937.

(Por la Corte, a propuesta del Juez Asociado Sr. Hutchison.)

POR CUANTO, el único señalamiento es:

"Que la Corte de Distrito de San Juan cometió manifiesto error al conceder sólo una indemnización de seiscientos dólares, a pesar de haber dado por probadas todas las alegaciones de la demanda, siendo dicha indemnización ridícula y contraria a las propias conclusiones del juzgador de la corte de distrito y a la evidencia ofrecida por el actor y admitida y reconocida como cierta por dicho tribunal."

POR CUANTO, si bien no carece de todo mérito el argumento del apelante relativo al razonamiento de la corte de distrito en su primera resolución del caso y opinión, y examinada la prueba a la luz de su opinión, de la opinión subsiguiente al resolver una moción sobre reconsideración y del alegato del apelante, ésta parece justa, razonable y suficiente para cubrir los daños actuales sufridos por el demandante, no siendo motivo bastante para justificar una revocación cualquier incongruencia técnica entre la sentencia y alguno u otro de los hechos que el juez de distrito en términos generales dió por probados;

POR TANTO, se confirma la sentencia apelada que dictó la Corte de Distrito de San Juan en mayo 10, 1935.

El Juez Asociado Sr. Córdova Dávila no intervino.